# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BLASI | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEN ARGYL AREA SCHOOL DISTRICT, | : | No. 12-2810 |
| | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 5th day of December, 2013, upon consideration of the defendant's motion to dismiss the amended complaint (Doc. No. 10) and any responses thereto, it is hereby **ORDERED** that defendant's motion is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court is directed to **CLOSE** the above-mentioned case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.