IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BLASI | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEN ARGYL AREA SCHOOL DISTRICT, | : | No. 12-2810 |
| | : | |
|     Defendant. | : | |

### O R D E R

**AND NOW**, this 19th day of September, 2014, upon consideration of the defendant's application/petition for award of attorney's fees (Doc. No. 14), it is hereby **ORDERED** that defendant's motion is **DENIED**, in accord with the accompanying memorandum.

                                              BY THE COURT:

                                              /s/Lawrence F. Stengel
                                              LAWRENCE F. STENGEL, J.